1 | FRAILING, ROCKWELL & KELLY
By: Sharon E. Kelly
2 | State Bar No. 187936
P.O. Box 0142
3 | Modesto, CA  95353-0142
Telephone: (209) 521-2552
4 | FAX: (209) 526-7898

5 | Attorneys for Plaintiff

6

7

8

9 |                IN THE UNITED STATES DISTRICT COURT

10 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | Ann C. Long,                          CIVIL NO. 1:07-CV-00346-SMS

13 |           Plaintiff,

14 | vs.                                   STIPULATION AND ORDER
                                          TO EXTEND TIME
15 | Michael J. Astrue,
Commissioner of Social
16 | Security,

17 |           Defendant.

18

19 |      IT IS HEREBY STIPULATED by and between the parties, subject

20 | to the approval of the Court, that plaintiff's time to file

21 | plaintiff's opening brief with the court be extended from October

22 | 14, 2007 to October 29, 2007.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

This is plaintiff's first request for an extension of time. Plaintiff needs additional time to further review the file and prepare her opening brief.

Respectfully submitted,


Dated: October 12, 2007          By */s/ Sharon E. Kelly*
                                 Sharon E. Kelly
                                 Attorney for Plaintiff


Dated: October 12, 20077         McGREGOR W. SCOTT
                                 United States Attorney

                                 By */s/Shea Bond*
                                 (As authorized via facsimile)
                                 Shea Bond
                                 Special Assistant U.S. Attorney




**IT IS SO ORDERED.**


Dated: 10/15/2007                 /s/ Sandra M. Snyder
                                 THE HONORABLE SANDRA M. SNYDER
                                 United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28